1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH W. CONNER, ) | Case No. EDCV 08-160-VAP (JWJ) |
| Petitioner, ) | **ORDER TO SHOW CAUSE** |
| v. ) | |
| KEN CLARK, Warden, ) | |
| Respondent. ) | |

On May 11, 2009, respondent filed a Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus. On May 15, 2009, this Court issued a Minute Order requiring that "[a]ny Opposition [to respondent's Motion to Dismiss] shall be served and filed by May 29, 2009." To date, petitioner has not filed an Opposition to respondent's Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus.

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

Petitioner shall have **fourteen days from the date of this Order** to show cause why he has not filed an Opposition to respondent's Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus or to file an

1  Opposition to respondent's Motion to Dismiss.  If petitioner does not file an
2  Opposition to the Motion to Dismiss or show reasonable cause for his failure
3  to do so within fourteen days of the date of this Order, the Court will deem
4  this matter under submission and will rule on respondent's Motion to
5  Dismiss.

7  DATED:  June 16, 2009

10                                            /s/
                                    JEFFREY W. JOHNSON
11                                  United States Magistrate Judge