# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH W. CONNER, | Case No. EDCV 08-0160-VAP (JEM) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KEN CLARK, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is denied and dismissed with prejudice.

DATED: February 11, 2010

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE